IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA     *
                                 *
     v.                         *      CR 612-018-18
                                   *
ROMON VELAR MICKEL             *

## O R D E R

Before the Court in the captioned case is Defendant Romon
Velar Mickel's request to terminate his term of supervised release.
On April 29, 2013, Mickel pled guilty to one count of possession
with intent to distribute a quantity of cocaine base, in violation
of 21 U.S.C. § 841(a)(2) and (b)(1)(C). On September 4, 2013,
Mickel was sentenced to 68 months imprisonment and five years of
supervised release. He was also ordered to pay a $100 special
assessment and a $4800 fine. The term of imprisonment was later
reduced to 54 months pursuant to 18 U.S.C. § 3582(c)(2).

Mickel has been under the supervision of this district's
Probation Office since his release. He has completed 31 months of
supervision with no issues of noncompliance. Mickel has maintained
employment, paid his criminal monetary penalties, and tested
negative on all drug tests administered. In light of Mickel's
favorable adjustment to supervision, neither the United States

Probation Office nor the United States Attorney's Office oppose early termination.

Upon the foregoing and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Mickel's motion (doc. 1368) is **GRANTED.** Romon Velar Mickel is hereby discharged from his term of supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Thomas Hutchinson of the United States Probation Office in Savannah, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of November, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA